UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACME LENDING, LLC, AND<br>VISTA REALTY HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA DEVELOPMENT<br>CORPORATION,<br>WACHOVIA BANK, NATIONAL<br>ASSOCIATION, AND<br>WACHOVIA SECURITIES, LLC<br><br>Defendants. | Case No. 1:08-CV-3672-TCB |

## DISMISSAL OF COMPLAINT WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Acme Lending, LLC and Vista Realty Holdings, LLC ("**Plaintiffs**") dismiss their Complaint against Defendants Wachovia Development Corporation, Wachovia Bank, National Association, and Wachovia Securities, LLC (collectively "**Defendants**"), and show as follows:

1.  This Dismissal is filed before the Defendants have served either an answer or a motion for summary judgment.

2.  This Dismissal is WITH PREJUDICE.

Respectfully submitted this 27th day of February, 2009[1].

480 Mt. Vernon Hwy. NE  
Atlanta GA 30328—4142  
404-257-3000  
404-257-0003 Fax  
gwf@bellsouth.net

GRAYDON W. FLORENCE  
Georgia Bar Number 264900  
Attorney for Plaintiffs

---

[1] Counsel hereby certifies that this document was prepared with Times New Roman 14-point type, which is one of the font and point selections approved by the court in LR 5.1B.

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ACME LENDING, LLC, AND VISTA REALTY HOLDINGS, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WACHOVIA DEVELOPMENT CORPORATION, WACHOVIA BANK, NATIONAL ASSOCIATION, AND WACHOVIA SECURITIES, LLC | ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:08-CV-3672-TCB

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2009, I electronically filed the foregoing **DISMISSAL OF COMPLAINT WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

*[Service and signature on following page]*

3

John E. Stephenson, Jr., Esq.
Jay D. Bennett, Esq.
Jeffrey J. Swart, Esq.
Robert L. Fortson, Esq.
Candace N. Smith, Esq.
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424


This 27th day of February, 2009.


| | |
|---|---|
| 480 Mt. Vernon Hwy. NE<br>Atlanta GA 30328—4142<br>404-257-3000<br>404-257-0003 Fax<br>gwf@bellsouth.net | /s/ Graydon W. Florence<br>GRAYDON W. FLORENCE<br>Georgia Bar Number 264900<br>Attorney for Plaintiffs |